JS-6

1  STEPHANIE YONEKURA
   Acting United States Attorney
2  SANDRA R. BROWN
3  Assistant United States Attorney
   Chief, Tax Division
4  ANDREW T. PRIBE (CA SBN 254904)
5  Assistant United States Attorney
   300 N. Los Angeles Street
6  Federal Building, Room 7211
7  Los Angeles, CA  90012
        Telephone:  (213) 894-6551
8       Fax:         (213) 894-0115
9       E-mail:      andrew.t.pribe@usdoj.gov

10 *Attorneys for the United States of America*

11             UNITED STATES DISTRICT COURT
12             CENTRAL DISTRICT OF CALIFORNIA
13                  WESTERN DIVISION

14
15 TERESA A. DeCRESCENZO,            Case No.: CV 14-357-GW(AGRx)
          Plaintiff,
16
17      vs.                           Judgment in favor of the United States
                                      against Teresa A. DeCrescenzo
18 UNITED STATES OF AMERICA,
19        Defendant.
20 _____

21
22 UNITED STATES OF AMERICA,
          Counterplaintiff,
23
24      vs.
   TERESA A. DeCRESCENZO and
25
   CHERYL BARTLETT,
26
          Counterdefendants.
27
28 _____

1

Based on the stipulation between Teresa A. Decrescenzo, Plaintiff / Counterdefendant, and the United States of America, Defendant / Counterplaintiff, and for good cause shown, judgment is entered as follows:

1. On Teresa A. DeCrescenzo's claim against the United States, judgment is entered for the United States and Teresa A. DeCrescenzo shall take nothing.

2. On the United States' claim against Teresa A. DeCrescenzo, Counterdefendant, judgment in entered in favor of the United States against Teresa A. DeCrescenzo, Counterdefendant, in the amount of $232,646.85 as of December 14, 2009, plus all statutory accruals, including interest and penalties, less any applicable credits and payments.

3. Each party shall bear their own attorney's fees and costs.

IT IS SO ORDERED:

Dated: September 17, 2014  \_\_\_*[signature: George H. Wu]*\_\_\_
GEORGE H. WU
UNITED STATES DISTRICT JUDGE