JS-6

EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TERESA A. DeCRESCENZO,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant.<br><br>UNITED STATES OF AMERICA,<br><br>    Counterplaintiff,<br><br>    v.<br><br>TERESA A. DeCRESCENZO and CHERYL BARTLETT | Case No.: CV 14-357-GW(AGRx)<br><br>Judgment |

1

1  Judgment is entered in favor of the United States and against Cheryl
2  Bartlett in the amount of $252,943.80 plus statutory interest from
3  September 18, 2015, plus costs.  Statutory interest includes prejudgment
4  interest until the date of judgment and post-judgment interest thereafter as
5  set forth in 26 U.S.C. § 6621 and 28 U.S.C. § 1961(c)(1).

7  IT IS SO ORDERED.
8  Dated: February 12, 2016      _____
9                                 GEORGE H. WU
10                                U.S. DISTRICT JUDGE